IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00754-RPM

WILDEARTH GUARDIANS,

     Plaintiff,

v.

LISA JACKSON, in her official capacity as Administrator of the United States Environmental Protection Agency,

     Defendants.

_____

### ORDER GRANTING JOINT MOTION TO STAY
_____

Upon review of the Notice of Lodging Proposed Consent Decree and Joint Motion to Stay Proceedings for Ninety Days [8], filed July 11, 2012, it is

ORDERED that the motion is granted and all proceedings are stayed to and including October 10, 2012.

DATED: July 12th, 2012

                                            BY THE COURT:

                                            s/Richard P. Matsch
                                            _____
                                            Richard P. Matsch, Senior Judge