IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00754-RPM

WILDEARTH GUARDIANS,

    Plaintiff,

v.

LISA JACKSON, in her official capacity as Administrator of the United States Environmental Protection Agency,

    Defendants.

_____

ORDER FOR ADMINISTRATIVE CLOSURE
_____

    This Court having entered a Consent Decree on October 5, 2012, retaining jurisdiction to determine and effectuate compliance with the Decree and there being no matters requiring action at this time, it is now

    ORDERED that this civil action is closed administratively pursuant to D.C.Colo.LCivR 41.2.

    DATED: March 26th, 2013

                                BY THE COURT:

                                s/Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior Judge